IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
DEC - 9 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br><br>**JAMES ROBERT MCILLWAINE** | DOCKET NO. 3:25 cr 338-MOC<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br>21 U.S.C.§ 841(a)(1)<br>18 U.S.C. § 922(g)<br>18 U.S.C. § 924(c) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Distribution of Cocaine)*

On or about August 27, 2025, in Union County, within the Western District of North Carolina, the defendant,

**JAMES ROBERT MCILLWAINE,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT TWO**
*(Distribution of Cocaine)*

On or about September 2, 2025, in Union County, within the Western District of North Carolina, the defendant,

**JAMES ROBERT MCILLWAINE,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
*(Distribution of Cocaine)*

On or about September 8, 2025, in Union County, within the Western District of North Carolina, the defendant,

**JAMES ROBERT MCILLWAINE,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about September 8, 2025, in Union County, within the Western District of North Carolina, the defendant,

**JAMES ROBERT MCILLWAINE,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Distribution of a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count Three of this Bill of Indictment and incorporated by reference herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE
*(Possession of a Firearm by Felon)*

On or about September 8, 2025, in Union County, within the Western District of North Carolina, the defendant,

**JAMES ROBERT MCILLWAINE,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Springfield Armory (HS Produkt), model XD-9, 9mm caliber, semiautomatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the Springfield Armory (HS Produkt), model XD-9, 9mm caliber, semiautomatic pistol and ammunition is subject to forfeiture on one or more of the grounds stated above.

A TRUE BILL



FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
TIMOTHY SIELAFF
ASSISTANT UNITED STATES ATTORNEY